FILED ___ LODGED
RECEIVED ___ COPY

JUL 19 2005

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ J DEPUTY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| STEVEN JAMES GOODHUE, et al. ) | CV 99-1527-PHX-SRB |
| ) | |
| Plaintiffs, ) | |
| ) | **JUDGMENT** |
| vs. ) | |
| ) | |
| CATALINA MORTGAGE COMPANY, et ) | |
| al. ) | |
| Defendants. ) | |

Plaintiff Steven Goodhue and Defendants Catalina Mortgage Company, et al, having moved by stipulation for entry of judgment of dismissal, each party to bear its own fees and costs,

IT IS HERBY ORDERED entering judgment of dismissal with prejudice on all claims and counterclaims in this matter, and that the parties shall bear their own fees and costs.

IT IS SO ORDERED this 22 day of July, 2005.

By: _____
Hon. Susan R. Bolton

1